1 | ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
2 | Los Angeles, California 90024
Telephone: (310) 443-4139
3 | Facsimile: (310) 943-2255

4 | BRANDON A. BLOCK (Cal. Bar No. 215888)
LAW OFFICES OF BRANDON A. BLOCK
5 | A PROFESSIONAL CORPORATION
433 North Camden Drive, Suite 600
6 | Beverly Hills, California 90210
Telephone: (310) 887-1440
7 | Facsimile: (310) 496-1420

8 | Attorneys for Plaintiff
KARLA CARILLO
9

10

11

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| KARLA I. CARILLO, | Case No: 5:16-CV-01207-R-SP |
| Plaintiff, | **NOTICE OF DISMISSAL OF ACTION** |
| vs. | |
| MVCONNECT, LLC, ALLY FINANCIAL INC., TANNER'S TRANSPORT & RECOVERY INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  Plaintiff Karla I. Carillo hereby dismisses this action without prejudice, pursuant to FRCP 41(a)(1).

Dated:  June 9, 2016

Respectfully Submitted,
TRUEBLOOD LAW FIRM

By: _____/s/_____
Alexander B. Trueblood

Attorneys for Plaintiff
KARLA CARILLO

1